# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mary Elizabeth Reid,<br>        Plaintiff<br><br>v.<br><br>Diversified Consultants, Inc.,<br>        Defendant | Docket 3:12-cv-01288-MEM<br><br>(MAGISTRATE JUDGE THOMAS M. BLEWITT)<br><br><br>FILED ELECTRONICALLY |

## AFFIDAVIT OF CARLO SABATINI

I, Carlo Sabatini, do hereby state:

1. I represent the Plaintiff in this lawsuit.

2. I was in Mr. Freeman's office when he placed a phone call to John Brigandi, one of Defendant's attorneys. I could not hear Mr. Brigandi's portion of the conversation, but heard everything that Mr. Freeman said to Mr. Brigandi.

3. Mr. Freeman informed Mr. Brigandi that Plaintiff was going to "sleep on" Defendant's settlement offer.

4. Mr. Freeman also told Mr. Brigandi that he believed Plaintiff would agree to settle if Defendant would split the difference between their respective settlement positions.

5. However, at no point during this conversation did Mr. Freeman say that Plaintiff was rejecting Defendant's offer or that Plaintiff had a counteroffer.

6. The following day, I participated in a conference call with Mr. Freeman, Mr. Brigandi, and Cindy Salvo.

7. During this conference call, Mr. Brigandi:

   a. admitted that Mr. Freeman had informed him the previous evening that Plaintiff needed to sleep on Defendant's $50,000 settlement offer; and

   b. stated that he nevertheless interpreted the discussion regarding $62,500.00 as a counter-offer.

8. During this conference call Ms. Salvo admitted that she was not in the room with Mr. Brigandi when the previous evening's phone call occurred.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).


Date: April 4, 2013                           s/ Carlo Sabatini
                                              Carlo Sabatini