**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Mary Elizabeth Reid,<br>    Plaintiff<br><br>v.<br><br><br><br>Diversified Consultants, Inc.,<br>    Defendant | Docket 3:12-cv-01288-MEM-TMB<br><br>(JUDGE MALACHY E. MANNION)<br><br>(MAGISTRATE JUDGE THOMAS M. BLEWITT)<br><br><br>FILED ELECTRONICALLY |

## NOTICE OF SETTLEMENT

The parties have reached a settlement on the terms described in the attached email. Final payment under the settlement is not due until November, 2013. The parties agree that the Court should close the matter, with each party having the right to re-open the case if the settlement is not consummated.

s/ Brett Freeman
Brett Freeman, Bar ID: PA 308834
Sabatini Law Firm, LLC
Attorney for Plaintiff
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email: bfecf@bankruptcypa.com
