# Brett Freeman

| | |
|---|---|
| **From:** | Brett Freeman |
| **Sent:** | Monday, April 08, 2013 6:05 PM |
| **To:** | 'John Brigandi' |
| **Cc:** | csalvo@salvolawfirm.com |
| **Subject:** | RE: Reid v. DCI |

John,

Plaintiff accepts.

Thanks,

Brett Freeman
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
Brett@SabatiniLawFirm.com

**From:** John Brigandi [mailto:jbrigandi@salvolawfirm.com]
**Sent:** Monday, April 08, 2013 1:54 PM
**To:** Brett Freeman
**Cc:** csalvo@salvolawfirm.com
**Subject:** Reid v. DCI

Brett,

I just spoke with my client in the Reid case regarding a potential settlement. DCI has authorized me to offer a settlement in the amount of $50,000.00 to be paid as follows: 1 Payment of $10,000.00 payable by July 1, followed by 4 Payments of $10,000.00 payable on the first of each month thereafter. Can you please speak with your client and find out whether Plaintiff is willing to accept the settlement offer.

Please let me know if you have any questions.

John


John E. Brigandi, Esq.
The Salvo Law Firm, P.C.

Serving Clients in New Jersey and New York

**PLEASE NOTE OUR NEW ADDRESS IN NEW JERSEY**

185 Fairfield Avenue, Suite 3C/3D
West Caldwell, New Jersey 07006
(973) 226-2220
(973) 900-8800 (fax)

303 South Broadway, Suite 486

Tarrytown, New York  10591
(914) 366-7466
(973) 900-8800 (fax)

A Woman-Owned Law Firm (Certified by WBENC)