**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Mary Elizabeth Reid,<br>        Plaintiff<br><br>v.<br><br><br><br>Diversified Consultants, Inc.,<br>        Defendant | Docket 3:12-cv-01288-MEM-TMB<br><br>(JUDGE MALACHY E. MANNION)<br><br>(MAGISTRATE JUDGE THOMAS M. BLEWITT)<br><br><br>FILED ELECTRONICALLY |

## CERTIFICATE OF SERVICE

The undersigned verifies that within document is being served upon counsel for the defendant through the CM/ECF system.

s/ Brett Freeman
Brett Freeman
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Attorney for Plaintiff
Phone (570) 341-9000
Facsimile (570) 504-2769
Email: bfecf@bankruptcypa.com
Bar Number: PA 308834
