# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mary Elizabeth Reid,<br>    Plaintiff<br><br>v.<br><br><br><br>Diversified Consultants, Inc.,<br>    Defendant | Docket 3:12-cv-01288-MEM-TMB<br><br>(JUDGE MALACHY E. MANNION)<br><br>(MAGISTRATE JUDGE THOMAS M. BLEWITT)<br><br><br><br>FILED ELECTRONICALLY |

## **ORDER**

The Plaintiff having filed a Notice of Settlement (Doc. 12), it is hereby ORDERED that this case is closed, with each party having the right to re-open the case if the settlement is not consummated.

BY THE COURT:

Date:_____          _____
                                      Thomas M. Blewitt
                                      United States Magistrate Judge