IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY ELIZABETH REID | : | CIVIL ACTION NO. **3:CV-12-1288** |
| | : | |
| | : | Magistrate Judge Blewitt |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DIVERSIFIED CONSULTANTS, INC., | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 29th day of **October, 2013**, **BASED ON THE FOREGOING MEMORANDUM, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Enforce the Settlement (**Doc. 17**) is **DENIED**.

2. The discovery deadline in this case is **December 1, 2013**, and the dispositive motions deadline is **December 16, 2013**.


**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: October 29, 2013